| | |
|---|---|
| 1 | WILLIAM J. GOINES (SBN 61290) |
|   | KAREN ROSENTHAL (SBN 209419) |
| 2 | CINDY HAMILTON (SBN 217951 |
|   | GREENBERG TAURIG, LLP |
| 3 | 1900 University Avenue, Fifth Floor |
|   | East Palo Alto, California 94303 |
| 4 | Telephone: (650) 328-8500 |
|   | Facsimile: (650) 328-8508 |
| 5 | Email: goinesw@gtlaw.com |
|   | hamiltonc@gtlaw.com |
| 6 | |
| 7 | Attorneys for Defendants and Cross-Complainants |
|   | David D. McDonald, Donna K. McDonald, |
| 8 | National Expert Witness Network and Technology CLE |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

CV 08 0534

JL

| | | |
|---|---|---|
| JENNIFER OSBELT, | | Case No. |
| Plaintiff(s); | | |
| v. | | (State Court Case No. CIV 463528) |
| DAVID D. McDONALD, DONNA K. McDONALD, and DOES 1-10, inclusive, | | **FRCP 7.1 DISCLOSURE STATEMENT** |
| Defendant(s). | | |
| DAVID D. McDONALD; DONNA K. McDONALD; NATIONAL EXPERT WITNESS NETWORK, a California Limited Liability Company; TECHNOLOGY CLE, a California Limited Liability Company, | | |
| Cross-Complainants, | | |
| v. | | |
| JENNIFER OSBELT, individually and doing business as PALO ALTO TECHNICAL, and ROES 1-10, inclusive, | | |
| Cross-Defendants. | | |

F.R.C.P. 7.1 DISCLOSURE

SV 346,252,781v1 1/23/2008

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, the undersigned certifies that there are no parent corporations or any publicly held corporations that own any stock in National Expert Witness Network or Technology CLE.

Dated: January 24, 2008.

GREENBERG TRAURIG, LLP

By: *Cindy Hamilton*
WILLIAM J. GOINES
KAREN ROSENTHAL
CINDY HAMILTON

Attorneys for Defendants and Cross-Complainants David D. McDonald, Donna K. McDonald, National Expert Witness Network