| | |
|---|---|
| 1 | WILLIAM J. GOINES (SBN 61290) |
| 2 | KAREN ROSENTHAL (SBN 209419)<br>CINDY HAMILTON (SBN 217951 |
| 3 | GREENBERG TRAURIG, LLP<br>1900 University Avenue, Fifth Floor |
| 4 | East Palo Alto, California 94303<br>Telephone: (650) 328-8500 |
| 5 | Facsimile: (650) 328-8508<br>Email: goinesw@gtlaw.com |
| 6 | hamiltonc@gtlaw.com |
| 7 | Attorneys for Defendants and Cross-Complainants |
| 8 | David D. McDonald, Donna K. McDonald,<br>National Expert Witness Network and Technology |
| 9 | CLE |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

CV 08 0534

| | |
|---|---|
| JENNIFER OSBELT, | Case No. |
| Plaintiff(s); | |
| v. | (State Court Case No.: CIV 463528) |
| DAVID D. McDONALD, DONNA K. McDONALD, and DOES 1-10, inclusive, | **CIVIL LOCAL RULE 3-16 DISCLOSURE OF NON-PARTY INTERESTED ENTITIES OR PERSONS** |
| Defendant(s). | |
| DAVID D. McDONALD; DONNA K. McDONALD; NATIONAL EXPERT WITNESS NETWORK, a California Limited Liability Company; TECHNOLOGY CLE, a California Limited Liability Company, | |
| Cross-Complainants, | |
| v. | |
| JENNIFER OSBELT, individually and doing business as PALO ALTO TECHNICAL, and ROES 1-10, inclusive, | |
| Cross-Defendants. | |

LOCAL RULE 3-16 DISCLOSURE

SV 346,252,623v1 1/24/2008

1 | Pursuant to Civil L.R. 3-16, the undersigned certifies that as of this date, other than the
2 | named parties, there is no such interest to report.
3 |
4 | Dated: January 24, 2008.                    GREENBERG TRAURIG, LLP
5 |
6 |
7 |                                             By: *Cindy Hamilton*
                                                    WILLIAM J. GOINES
8 |                                                  KAREN ROSENTHAL
                                                    CINDY HAMILTON
9 |
                                                Attorneys for Defendants and Cross-
10 |                                             Complainants David D. McDonald, Donna K.
                                                McDonald, National Expert Witness Network
11 |

LOCAL RULE 3-16 DISCLOSURE

SV 346,252,623v1 1/22/2008