1  WILLIAM J. GOINES (SBN 61290)
   KAREN ROSENTHAL (SBN 209419)
2  CINDY HAMILTON (SBN 217951)
   GREENBERG TAURIG, LLP
3  1900 University Avenue, Fifth Floor
   East Palo Alto, California 94303
4  Telephone: (650) 328-8500
   Facsimile: (650) 328-8508
5  Email:   goinesw@gtlaw.com
            hamiltonc@gtlaw.com
6

7  Attorneys for Defendants and Cross-Complainants
   David D. McDonald, Donna K. McDonald,
8  National Expert Witness Network and Technology
   CLE
9

10              UNITED STATES DISTRICT COURT

11              NORTHERN DISTRICT OF CALIFORNIA

12

13

14 | JENNIFER OSBELT,                                | Case No. C 08-00534 JL
   |                                                 |
15 |                 Plaintiff(s);                   |
   |                                                 | CERTIFICATE OF SERVICE RE NOTICE OF
16 | v.                                              | REMOVAL
   |                                                 |
17 | DAVID D. McDONALD, DONNA K.                     |
   | McDONALD, and DOES 1-10, inclusive,             |
18 |                                                 |
   |                 Defendant(s).                   |
19 |                                                 |

20 | DAVID D. McDONALD; DONNA K.
   | McDONALD; NATIONAL EXPERT
21 | WITNESS NETWORK, a California Limited
   | Liability Company; TECHNOLOGY CLE, a
22 | California Limited Liability Company,
   |
23 |           Cross-Complainants,
   | v.
24 |
   | JENNIFER OSBELT, individually and doing
25 | business as PALO ALTO TECHNICAL, and
   | ROES 1-10, inclusive,
26 |
   |           Cross-Defendants.
27

28

CERTIFICATE OF SERVICE RE: NOTICE OF REMOVAL

<u>Osbelt v. McDonald, et al.</u>                                    Case No. C 08-00534 JL

## PROOF OF SERVICE

I, Cathy Sandifer, declare that I am a citizen of the United States, over the age of eighteen years and not a party to the within action. I am an employee of GREENBERG TRAURIG, LLP, and my business address is 1900 University Avenue, Fifth Floor, East Palo Alto, CA 94303. On January 24, 2008, I served the following documents:

1. DEFENDANTS' NOTICE OF REMOVAL PURSUANT TO 28 U.S.C. § 1331, 1441 AND 1446;

2. DECLARATION OF CINDY HAMILTON IN SUPPORT OF DEFENDANTS' NOTICE OF REMOVAL PURSUANT TO 28 U.S.C. § 1331, 1441 AND 1446;

3. CIVIL LOCAL RULE 3-16 DISCLOSURE OF NON-PARTY INTERESTED ENTITIES OR PERSONS; and

4. FRCP 7.1 DISCLOSURE STATEMENT

☒ (BY MESSENGER PERSONAL SERVICE). I caused delivery of such envelope by hand via courier service to the offices of the addressee.

Cotchett, Pitre & McCarthy
Attn: Joseph Cotchett, Esq.
840 Malcolm Rd., Ste. 200
Burlingame, CA 94010

On January 24, 2008, I served the following documents:

1. ORDER SETTING INITIAL CASE MANAGEMENT CONFERENCE AND ADR DEADLINES;

2. NOTICE OF ASSIGNMENT OF CASE TO UNITED STATES MAGISTRATE JUDGE FOR TRIAL;

3. COURT HANDOUT - FILING GUIDELINES;

4. COURT HANDOUT - E-FILING REGISTRATION INFORMATION HANDOUT

☒ by placing the document(s) listed above in a sealed envelope with postage thereon fully prepaid, in the UNITED STATES MAIL at East Palo Alto, California, addressed as set forth below; and via ELECTRONIC MAIL:

Sean Ponist, Esq.
Cotchett, Pitre & McCarthy
840 Malcolm Rd., Ste. 200
Burlingame, CA 94010
Email: sponist@cpmlegal.com

      I am readily familiar with the business practice of my place of employment in respect to the collection and processing of correspondence, pleadings and notices for mailing with United States Postal Service/Express Mail, Federal Express and other overnight mail services. The foregoing sealed envelope was placed for collection and mailing this date consistent with the ordinary business practice of my place of employment, so that it will be picked up this date with postage thereon fully prepaid at East Palo Alto, California, in the ordinary course of such business.

      I declare under penalty of perjury that the foregoing is true and correct. Executed on January 24, 2008, at East Palo Alto, California.

_____
Cathy Sandifer

CERTIFICATE OF SERVICE RE: NOTICE OF REMOVAL