ARA JABAGCHOURIAN (205777)
ajabagchourian@cpmlegal.com
SEAN E. PONIST (204712)
sponist@cpmlegal.com
**COTCHETT, PITRE & McCARTHY**
San Francisco Airport Office Center
840 Malcolm Road, Suite 200
Burlingame, CA 94010
Telephone: (650) 697-6000
Facsimile: (650) 697-0577

*Attorneys for Plaintiff*

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

### SAN FRANCISCO DIVISION

| | |
|---|---|
| JENNIFER OSBELT, | Case No. CV 08-0534 JL |
| Plaintiff, | [PROPOSED] ORDER REGARDING PLAINTIFF'S NOTICE OF MOTION AND MOTION FOR REMAND TO STATE COURT |
| v. | |
| DAVID D. McDONALD, DONNA K. McDONALD, and DOES 1 THROUGH 10, inclusive, | Date: April 9, 2008<br>Time: 9:30 a.m.<br>Courtroom: F |
| Defendants. | Judge: Hon. Magistrate James Larson |
| DAVID D. McDONALD; DONNA K. McDONALD; NATIONAL EXPERT WITNESS NETWORK, a California Limited Liability Company; TECHNOLOGY CLE, a California Limited Liability Company, | |
| Cross-Complainants, | |
| v. | |
| JENNIFER OSBELT, individually and doing business as PALO ALTO TECHNICAL, and ROES 1-10, inclusive, | |
| Cross-Defendants. | |

LAW OFFICES
COTCHETT,
PITRE &
MCCARTHY

[PROPOSED] ORDER REGARDING PLAINTIFF'S MOTION FOR REMAND TO STATE COURT

1  This matter came before the Court upon the Plaintiff's Motion for Remand to State Court.
2  The Court has reviewed the motion and considered oral argument from the parties. The Court
3  **GRANTS** Plaintiff's Motion for Remand to State Court. This matter is hereby ordered back to
4  California Superior Court, County of San Mateo.
5  Having applied and considering the facts and law, Plaintiff's Motion for Remand to State
6  Court is **GRANTED**.
7  **IT IS SO ORDERED**

9  DATED:_____
10                                    MAGISTRATE JUDGE JAMES LARSON
                                      UNITED STATES DISTRICT COURT
11                                    NORTHERN DISTRICT OF CALIFORNIA

LAW OFFICES
COTCHETT,
PITRE &
MCCARTHY

[PROPOSED] ORDER REGARDING PLAINTIFF'S MOTION FOR REMAND TO STATE COURT    1