ARA JABAGCHOURIAN (205777)
ajabagchourian@cpmlegal.com
SEAN E. PONIST (204712)
sponist@cpmlegal.com
**COTCHETT, PITRE & McCARTHY**
San Francisco Airport Office Center
840 Malcolm Road, Suite 200
Burlingame, CA 94010
Telephone: (650) 697-6000
Facsimile:  (650) 697-0577

*Attorneys for Plaintiff*

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

## SAN FRANCISCO DIVISION

| | |
|---|---|
| JENNIFER OSBELT,<br><br>    Plaintiff,<br><br>v.<br><br>DAVID D. McDONALD, DONNA K. McDONALD, and DOES 1 THROUGH 10, inclusive,<br><br>    Defendants.<br><br>DAVID D. McDONALD; DONNA K. McDONALD; NATIONAL EXPERT WITNESS NETWORK, a California Limited Liability Company; TECHNOLOGY CLE, a California Limited Liability Company,<br><br>    Cross-Complainants,<br><br>v.<br><br>JENNIFER OSBELT, individually and doing business as PALO ALTO TECHNICAL, and ROES 1-10, inclusive,<br><br>    Cross-Defendants. | Case No.  CV 08-0534 JL<br><br>**DECLARATION OF ARA JABAGCHOURIAN IN SUPPORT OF PLAINTIFF'S NOTICE OF MOTION AND MOTION FOR COSTS AND EXPENSES**<br><br>Date:         April 9, 2008<br>Time:        9:30 a.m.<br>Courtroom:  F<br>Judge:       Hon. Magistrate James Larson |

LAW OFFICES
COTCHETT,
PITRE &
McCARTHY

**DECLARATION OF ARA JABAGCHOURIAN IN SUPPORT OF PLAINTIFF'S NOTICE OF MOTION AND MOTION FOR COSTS AND EXPENSES**

I, ARA JABAGCHOURIAN, declares as follows:

1. I am an attorney duly licensed and admitted to practice before all courts in the State of California, and am associated with the law firm of Cotchett, Pitre & McCarthy, counsel for Plaintiff Jennifer Osbelt ("Plaintiff") in this action.

2. I have expended 10.5 hours researching and preparing the motion for remand. My billable rate is $350 per hour. My client has also incurred the costs of filing the motions and the costs of service of process on defendants.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct. Executed this 22th day of February, 2008 at Burlingame, California.

/s/ Ara Jabagchourian
ARA JABAGCHOURIAN

DECLARATION OF ARA JABAGCHOURIAN IN SUPPORT OF PLAINTIFF'S NOTICE OF MOTION AND MOTION FOR COSTS AND EXPENSES

1