1  ARA JABAGCHOURIAN (205777)
   ajabagchourian@cpmlegal.com
2  SEAN E. PONIST (204712)
   sponist@cpmlegal.com
3  **COTCHETT, PITRE & McCARTHY**
   San Francisco Airport Office Center
4  840 Malcolm Road, Suite 200
   Burlingame, CA 94010
5  Telephone: (650) 697-6000
   Facsimile:  (650) 697-0577
6
   *Attorneys for Plaintiff*
7

8                   UNITED STATES DISTRICT COURT

9                  NORTHERN DISTRICT OF CALIFORNIA

10                       SAN FRANCISCO DIVISION

11

| | |
|---|---|
| 12  JENNIFER OSBELT, | Case No. CV 08-0534 JL |
| 13           Plaintiff, | [PROPOSED] ORDER REGARDING PLAINTIFF'S NOTICE OF MOTION |
| 14      v. | AND MOTION FOR COSTS AND EXPENSES |
| 15  DAVID D. McDONALD, DONNA K. McDONALD, and DOES 1 THROUGH 10, | Date:       April 9, 2008 |
| 16  inclusive, | Time:       9:30 a.m. |
|     | Courtroom:  F |
| 17           Defendants. | Judge:      Hon. Magistrate James Larson |
| 18 | |
| 19  DAVID D. McDONALD; DONNA K. McDONALD; NATIONAL EXPERT WITNESS NETWORK, a California Limited | |
| 20  Liability Company; TECHNOLOGY CLE, a California Limited Liability Company, | |
| 21 | |
| 22          Cross-Complainants, | |
| 23      v. | |
| 24  JENNIFER OSBELT, individually and doing business as PALO ALTO TECHNICAL, and ROES 1-10, inclusive, | |
| 25 | |
| 26          Cross-Defendants. | |
| 27 | |

28

LAW OFFICES
COTCHETT,
PITRE &
MCCARTHY

[PROPOSED] ORDER REGARDING PLAINTIFF'S NOTICE OF MOTION AND MOTION FOR COSTS AND EXPENSES

This matter came before the Court upon the Plaintiff's Motion for Costs and Expenses. The Court has reviewed the motion and considered oral argument from the parties. The Court **GRANTS** Plaintiff's Motion for Costs and Expenses. Defendants are required to pay for costs and expenses in the amount of three thousand six hundred seventy five dollars ($3,675.00) to be paid to Plaintiff's counsel.

Having applied and considering the facts and law, Plaintiff's Motion for Costs and Expenses is **GRANTED**.

**IT IS SO ORDERED**

DATED:_____

MAGISTRATE JUDGE JAMES LARSON
UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

LAW OFFICES
COTCHETT,
PITRE &
MCCARTHY

**[PROPOSED] ORDER REGARDING PLAINTIFF'S NOTICE OF MOTION AND MOTION FOR COSTS AND EXPENSES**                                                                 1