UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

JENNIFER OSBELT,

    Plaintiff,

  vs.                                                                                  No.C08-0534 JL

DAVID D. MCDONALD, et al.,                                    **NOTICE OF CONTINUANCE OF HEARING MOTION**

    Defendants,

_____/

You are hereby notified that the above entitled case has been continued (from April 9, 2008) to April 30, 2008 @ 9:30 a.m. in Courtroom F before Magistrate Judge James Larson for hearing plaintiff's motion to remand and for costs and expenses. The case management conference set for April 30 is set for 9:30 a.m.. (Hearing of the motions and case management conference contingent upon receiving consent of all parties to jurisdiction of magistrate judge.)

Dated: February 26, 2008

                                                    */s/ Wings Hom*
                                               Wings Hom, Courtroom Deputy
                                               to Chief Magistrate Judge James Larson

Blank.frm