UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

JENNIFER OSBELT

        Plaintiff(s),                    No. 08-00534 JL

  v.                            NOTICE OF IMPENDING
                                   REASSIGNMENT TO A UNITED
                                 <u>STATES DISTRICT COURT JUDGE</u>

DAVID D. MCDONALD

        Defendant(s).
_____/

      The Clerk of this Court will now randomly reassign this case to a United States District Judge because either:

**XX**    (1)    One or more of the parties has requested reassignment to a United States District Judge or has not consented to the jurisdiction of a United States Magistrate Judge, or

        (2)    One or more of the parties has sought a kind of judicial action (e.g., a temporary restraining order) that a United States Magistrate Judge may not take without the consent of all parties, the necessary consents have not been secured, and time is of the essence.

      The **CASE MANAGEMENT CONFERENCE** and motion hearing previously scheduled for April 30, 2008 at 9:30 a.m. on Magistrate Judge Larson's calendar will **NOT** be held.

Dated:  April 3, 2008

                                    Richard W. Wieking, Clerk
                                    United States District Court

                                *Wings Hom*
                                    By: Wings Hom, Deputy Clerk