1 ARA JABAGCHOURIAN (205777)
ajabagchourian@cpmlegal.com
2 SEAN E. PONIST (204712)
sponist@cpmlegal.com
3 **COTCHETT, PITRE & McCARTHY**
San Francisco Airport Office Center
4 840 Malcolm Road, Suite 200
Burlingame, CA 94010
5 Telephone: (650) 697-6000
Facsimile:  (650) 697-0577

*Attorneys for Plaintiff*

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

### SAN FRANCISCO DIVISION

| | |
|---|---|
| JENNIFER OSBELT,<br><br>　　　　Plaintiff,<br><br>　v.<br><br>DAVID D. McDONALD, DONNA K. McDONALD, and DOES 1 THROUGH 10, inclusive,<br><br>　　　　Defendants. | Case No.  CV 08-0534 JL<br><br>**PLAINTIFF'S AMENDED NOTICE OF MOTION AND MOTION FOR COSTS AND EXPENSES; MEMORANDUM OF POINTS AND AUTHORITIES IN SUPPORT THEREOF**<br><br>Date:　　　　May 21, 2008<br>Time:　　　　9:00 a.m.<br>Courtroom:　　3<br>Judge:　　　　Hon. Phyllis J. Hamilton |
| DAVID D. McDONALD; DONNA K. McDONALD; NATIONAL EXPERT WITNESS NETWORK, a California Limited Liability Company; TECHNOLOGY CLE, a California Limited Liability Company,<br><br>　　　　Cross-Complainants,<br><br>　v.<br><br>JENNIFER OSBELT, individually and doing business as PALO ALTO TECHNICAL, and DOES 1-10, inclusive,<br><br>　　　　Cross-Defendants. | |

LAW OFFICES
COTCHETT,
PITRE &
MCCARTHY

**PLAINTIFF'S AMENDED NOTICE OF MOTION AND MOTION FOR COSTS AND EXPENSES;
MEMORANDUM OF POINTS AND AUTHORITIES IN SUPPORT THEREOF**

## AMENDED NOTICE OF MOTION AND MOTION

TO ALL PARTIES AND THEIR COUNSEL OF RECORD:

PLEASE TAKE NOTICE THAT on May 21, 2008 at 9:00 a.m., or as soon thereafter as the matter may be heard, before the Honorable Phyllis J. Hamilton, in Courtroom 3 of the United States District Court, Northern District of California, San Francisco Division, 450 Golden Gate Avenue, San Francisco, Plaintiff and Counter-Defendant Jennifer Osbelt will move the Court for an order for costs and expenses associated with her efforts to remand this action to the Superior Court of the State of California, County of San Mateo, where the action and counter-claim was originally filed.

This motion for cots and expenses is bought pursuant to 28 U.S.C. § 1447(c) and governing case law, on the basis that defendants and counter-plaintiffs National Expert Witness Network, David McDonald and Donna McDonald ("Defendants") wrongfully removed this case from state court to federal court, since the federal court does not have jurisdiction due to the action lacking a federal question.

This motion is based upon this notice of motion and motion, the memorandum of points and authorities, the Declaration of Ara Jabagchourian, any papers filed in reply, the arguments of counsel, and all papers and records on file in this matter.

## RELIEF SOUGHT

Plaintiff Jennifer Osbelt (hereinafter "Plaintiff" or "Osbelt") seeks to have her costs and expenses, including attorney fees, paid by defendants pursuant to 28 U.S.C. §1447(c).

DATED: April 7, 2008                         **COTCHETT, PITRE & McCARTHY**


By: ____/s/ Ara Jabagchourian____
ARA JABAGCHOURIAN
*Attorneys for Plaintiff*

---

LAW OFFICES
COTCHETT,
PITRE &
MCCARTHY

**PLAINTIFF'S AMENDED NOTICE OF MOTION AND MOTION FOR COSTS AND EXPENSES;
MEMORANDUM OF POINTS AND AUTHORITIES IN SUPPORT THEREOF**                1