JOSEPH W. COTCHETT (#36324)
Jcotchett@cpmlegal.com
ARA J. JABAGCHOURAIN (#205777)
ajabagchourian@cpmlegal.com
SEAN E. PONIST (#204712)
sponist@cpmlegal.com
COTCHETT, PITRE & McCARTHY
840 Malcolm Road, Suite 200
Burlingame, CA 94010
Telephone: (650) 697-6000
Fax: (650) 697-0577

*Counsel for Plaintiff Jennifer Osbelt*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JENNIFER OSBELT,<br><br>   Plaintiff,<br><br>  v.<br><br>DAVID D. McDONALD, DONNA K. McDONALD, and DOES 1 THROUGH 10, inclusive,<br><br>   Defendants.<br>_____<br>DAVID D. McDONALD; DONNA K. McDONALD; NATIONAL EXPERT WITNESS NETWORK, a California Limited Liability Company; TECHNOLOGY CLE, a California Limited Liability Company,<br><br>   Cross-Complainants,<br><br>  v.<br><br>JENNIFER OSBELT, individually and doing business as PALO ALTO TECHNICAL, and DOES 1-10, inclusive,<br><br>   Cross-Defendants. | No. C 08-00534 PJH<br><br>**STIPULATION AND [PROPOSED] ORDER CONTINUING CASE MANAGEMENT CONFERENCE**<br><br>Courtroom 3, 17th Floor<br><br>Hon. Phyllis J. Hamilton |

<u>STIPULATION</u>

WHEREAS, the Case Management Conference is presently scheduled for May 1, 2008 at 2:30 p.m. and Plaintiff's Motion for Remand to State Court and for Attorney Fees and Costs is presently scheduled for May 21, 2008 at 9:00 a.m.;

WHEREAS, the need for a Case Management Conference will be determined by the Court's ruling on the Motion for Remand, the parties believe that it serves the interests of judicial efficiency to continue the Case Management Conference to date set for hearing on Plaintiff's motions;

NOW, THEREFORE, the parties stipulate and respectfully request that the Court enter an order continuing the Case Management Conference until May 21, 2008 at 9:00 a.m.

IT IS SO STIPULATED.

Dated: April 10, 2008                COTCHETT, PITRE & McCARTHY

                                     /s/
                                     SEAN E. PONIST
                                     840 Malcolm Road, Suite 200
                                     Burlingame, CA 94010
                                     Telephone: (650) 697-6000
                                     Fax: (650) 697-0577

                                     *Attorneys for Plaintiffs*

Dated: April 10, 2008                GREENBERG TRAURIG, LLP

                                     /s/
                                     CINDY HAMILTON
                                     1900 University Avenue, Fifth Floor
                                     East Palo Alto CA 94303
                                     Telephone: (650) 328-8500
                                     Fax: (650) 328-8508

                                     *Attorneys for Defendants David and Donna McDonald*

I, Sean E. Ponist, am the ECF user whose ID and password is being used to file this Stipulation and Proposed Order. In compliance with General Order 45, I hereby attest that Cindy Hamilton has concurred with this filing.

**[PROPOSED] ORDER**

Pursuant to stipulation. IT IS SO ORDERED.

Dated: _____

_____
The Honorable Phyllis Hamilton
United States District Court Judge