# UNITED STATES DISTRICT COURT

### Northern District of California

| | |
|---|---|
| Osbelt,<br><br>            Plaintiff(s),<br><br>    v.<br><br>McDonald,<br><br>            Defendant(s). | 08-00534 PJH<br><br>**NOTICE RE: NONCOMPLIANCE WITH COURT ORDER** |

The parties have failed to file an ADR Certification and either a Stipulation and [Proposed] Order Selecting an ADR Process or a Notice of Need for ADR Phone Conference as required by the Initial Case Management Scheduling Order.  Counsel shall Meet and Confer forthwith in an attempt to agree on an ADR process for this matter.  Thereafter, counsel, on behalf of themselves and each party, promptly shall file an **ADR Certification** and either 1) a **Stipulation and [Proposed] Order Selecting ADR Process**, or 2) a **Notice of Need for ADR Phone Conference** (Civil L.R. 16-8(b), ADR L. R. 3-5(b) Civil L.R. 16-8(c), ADR L. R. 3-5(c), (d)).  (These forms are available at www.adr.cand.uscourts.gov.)

Further, in accordance with ADR L.R. 3-5(e) counsel shall concurrently provide a copy of all documents filed pursuant to this notice directly to the ADR Unit either by fax (415-522-4112), hand delivery (ADR Program, USDC, Northern District of California,

1  450 Golden Gate Avenue, 16th Floor, San Francisco, California), or by PDF attachment
2  to an e-mail directed to adr@cand.uscourts.gov.

4       It is the responsibility of counsel to schedule an ADR Phone Conference, if
5  required, to occur before the Case Management Conference.

8  Dated: May 9, 2008

                                    RICHARD W. WIEKING
                                    Clerk
                                    by:    Timothy J. Smagacz

                                    _____
                                    ADR Administrative Assistant
                                    415-522-4205
                                    Tim_Smagacz@cand.uscourts.gov

**Notice Re: Noncompliance With Court Order**
08-00534 PJH                                           -2-

PROOF OF SERVICE

Case Name:      Osbelt v. McDonald

Case Number:    08-00534 PJH

I declare that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California. I am over the age of eighteen (18) years and not a party to the action. My business address is:

> ADR Program
> United States District Court
> Norther District of California
> 450 Golden Gate Avenue Floor 16
> San Francisco, CA 94102

On May 9, 2008, I served a true and correct copy of:

**Notice Re: Noncompliance With Court Order**

[X] electronically, I caused said documents to be transmitted using ECF as specified by General Order No. 45 to the following parties:

> Donald P. Gagliardi
> Bergeson, LLP
> 303 Almaden Boulevard, Suite 500
> San Jose, CA 95110-2712
> dgagliardi@be-law.com
>
> Daniel J. Bergeson
> Bergeson, LLP
> 303 Almaden Boulevard, Suite 500
> San Jose, CA 95110-2712
> dbergeson@be-law.com
>
> Marc G Van Niekerk
> Bergeson LLP
> 303 Almaden Blvd
> Suite 500
> San Jose, Ca 95110-2712
>
> Ara R. Jabagchourian
> Cotchett Pitre & McCarthy
> San Francisco Airport Office Center

840 Malcolm Road  
Suite 200  
Burlingame, CA 94010  
ajabagchourian@cpmlegal.com

Sean Eric Ponist  
Cotchett Pitre & McCarthy  
San Francisco Airport Office Center  
840 Malcolm Road  
Suite 200  
Burlingame, CA 94010  
sponist@cpmlegal.com

Karen Rosenthal  
Greenberg Traurig LLP  
1900 University Avenue  
5th Floor  
East Palo Alto, CA 94303  
rosenthalk@gtlaw.com

Cindy Hamilton  
Greenberg Traurig, LLP  
1900 University Avenue  
5th Floor  
East Palo Alto, CA 94303  
hamiltonc@gtlaw.com

William J. Goines  
Greenberg Traurig, LLP  
1900 University Avenue  
5th Floor  
East Palo Alto, CA 94303  
goinesw@gtlaw.com


[ ] by Facsimile, I caused said documents to be transmitted to the following parties by fax machine:

[ ] by U. S. Mail, I placed a true copy in a sealed envelope with postage fully prepaid in the United States Post Office Mail Box in San Francisco, California, addressed as follows:


I declare under penalty of perjury that the foregoing is true and correct and that this declaration was executed on May 9, 2008 in San Francisco, California.

                                          RICHARD W. WIEKING
                                          Clerk
                                          by:    Timothy J. Smagacz

                                          */s/ Timothy Smagacz*
                                          ADR Administrative Assistant
                                          415-522-4205
                                          Tim_Smagacz@cand.uscourts.gov