1  ARA JABAGCHOURIAN (205777)
   ajabagchourian@cpmlegal.com
2  SEAN E. PONIST (204712)
   sponist@cpmlegal.com
3  **COTCHETT, PITRE & McCARTHY**
   San Francisco Airport Office Center
4  840 Malcolm Road, Suite 200
   Burlingame, CA 94010
5  Telephone: (650) 697-6000
   Facsimile:  (650) 697-0577

*Attorneys for Plaintiff*

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

### SAN FRANCISCO DIVISION

| | |
|---|---|
| JENNIFER OSBELT,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>DAVID D. McDONALD, DONNA K. McDONALD, and DOES 1 THROUGH 10, inclusive,<br><br>　　　　　Defendants. | Case No.  CV 08-0534 PJH<br><br>**CERTIFICATION OF INTERESTED ENTITIES OR PERSONS FILED BY PLAINTIFF PURSUANT TO LOCAL RULE 3-16**<br><br>Courtroom:　3<br>Judge:　　　Hon. Phyllis J. Hamilton |
| DAVID D. McDONALD; DONNA K. McDONALD; NATIONAL EXPERT WITNESS NETWORK, a California Limited Liability Company; TECHNOLOGY CLE, a California Limited Liability Company,<br><br>　　　　　Cross-Complainants,<br><br>　　v.<br><br>JENNIFER OSBELT, individually and doing business as PALO ALTO TECHNICAL, and DOES 1-10, inclusive,<br><br>　　　　　Cross-Defendants. | |

LAW OFFICES
COTCHETT,
PITRE &
MCCARTHY

**CERTIFICATION OF INTERESTED ENTITIES OR PERSONS PURSUANT TO LOCAL RULE 3-16**

Pursuant to Civil L.R. 3-16, the undersigned certifies that as of this date, other than the named plaintiff, there is no such interest to report.

Dated: May 12, 2008    **COTCHETT, PITRE & McCARTHY**

By: ___/s/___
SEAN E. PONIST
*Attorneys for Plaintiff Jennifer Osbelt*

LAW OFFICES
COTCHETT,
PITRE &
MCCARTHY

**CERTIFICATION OF INTERESTED ENTITIES OR PERSONS PURSUANT TO LOCAL RULE 3-16**    1