UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

CIVIL MINUTES

**Date:** May 21, 2008                                      **JUDGE:** Phyllis J. Hamilton

**Case No:** C-08-0534 PJH

**Case Name:** Jennifer Osbelt v. David McDonald, et al.

**Attorney(s) for Plaintiff:**    Ara R. Jabagchourian; Sean E. Ponist
**Attorney(s) for Defendant:**    William J. Goines; Cindy Hamilton

**Deputy Clerk:** Nichole Heuerman          **Court Reporter:** Sahar McVickar

PROCEEDINGS

Plaintiff's Motion to Remand-GRANTED as stated on the record.

Plaintiff's Motion for Costs and Expenses-DENIED as stated on the record.

The case management conference currently set for 5/22/08 is VACATED.

**Order to be prepared by:**   [] Pl [] Def  [x]  Court

**Notes:**

**cc:** file