**UNITED STATES DISTRICT COURT**
**Northern District of California**
**450 Golden Gate Avenue**
**San Francisco, California 94102**

www.cand.uscourts.gov

Richard W. Wieking                                                          General Court Number
Clerk                                                                          415.522.2000

May 28, 2008

San Mateo County Superior Court
400 County Center
Redwood City, CA 94063

**RE:  CV 08-0534 PJH, Osbelt v. McDonald, et al.**
      **Your Case Number: 463528**

Dear Clerk,

      Pursuant to an order remanding the above captioned case to your court, transmitted

herewith are:

            (X)      Certified copies of docket entries

            (X)      Certified copies of Remand Order

            ()      Other

      Please acknowledge receipt of the above documents on the attached copy of this letter.

            Sincerely,

            RICHARD W. WIEKING, Clerk

            by:  Felicia Reloba
            Case Systems Administrator

Enclosures
Copies to counsel of record

NDC TR-5  Rev. 7/92
o:\mrg\civil\remand.mrg

**United States District Court**
For the Northern District of California

1

2

3                           UNITED STATES DISTRICT COURT

4                           NORTHERN DISTRICT OF CALIFORNIA

5

6

7    JENNIFER OSBELT,

8              Plaintiff,                       No. C 08-0534 PJH

9         v.                                    **ORDER GRANTING MOTION TO REMAND AND DENYING FEES AND COSTS**

10   DAVID D. MCDONALD, et al.,

11             Defendants.

12   _____/

13       Plaintiff's motion to remand the complaint came on for hearing before this court on

14   May 21, 2008.  Plaintiff, Jennifer Osbelt ("plaintiff"), appeared through her counsel, Ara R.

15   Jabagchourian and Sean E. Ponist.  Defendants David D. McDonald and Donna K.

16   McDonald (collectively "defendants"), appeared through their counsel, William J. Goines

17   and Cindy Hamilton.  Having read the parties' papers and carefully considered their

18   arguments and the relevant legal authority, and good cause appearing, the court hereby

19   GRANTS plaintiffs' motion to remand, and DENIES plaintiff's corresponding motion for fees

20   and costs, for the reasons stated at the hearing, and summarized as follows.

21       1.    Defendants have failed to establish that a valid basis for removability exists

22   due to complete ERISA preemption.  The gravamen of plaintiff's first amended complaint is

23   a partnership dispute, and the complaint's allegations do not even mention plaintiff's 401(k)

24   plan – the ERISA plan on which defendants base their motion.  See generally Declaration

25   of Ara Jabagchourian ISO Remand Motion ("Jabagchourian Decl."), Ex. A.  Moreover, all

26   twelve of plaintiff's claims for relief are state law claims premised on underlying allegations

27   that generally revolve around defendants' breach of the partnership operating agreement,

28   and subsequent actions allegedly taken to misappropriate plaintiff's and the partnership's

United States District Court
For the Northern District of California

1  assets, among other things.  See id. generally.

2         Defendants argue that, despite the presence of state law claims in her complaint,

3  plaintiff's true claim is one that alleges mismanagement of plaintiff's 401(k) plan – an

4  ERISA plan.  Specifically, defendants rely on plaintiff's January 2008 deposition, at which

5  plaintiff stated that it was her belief that defendants had inappropriately and unlawfully

6  taken her money and put it in the company's 401(k) and pension profit sharing plan without

7  her permission.  See Declaration of Cindy Hamilton ("Hamilton Decl."), Ex A.  However,

8  while it is possible in appropriate circumstances for deposition testimony to establish

9  grounds for removability, see Karambelas v. Hughes Aircraft Co., 992 F.2d 971, 974 (9th

10 Cir. 1993), this is not the case here.  For plaintiff's deposition testimony does not expressly

11 implicate an ERISA claim.  Rather, plaintiff's testimony supports plaintiff's allegation of a

12 misappropriation claim based on defendants' improper taking of plaintiff's money and its

13 placement into a 401(k) fund.  This is distinguishable from a claim based on defendants'

14 mismanagement of 401(k) funds once in the 401(k) plan – which would more likely lend

15 itself to ERISA preemption.

16        In sum, the court concludes that neither plaintiff's first amended complaint, nor

17 plaintiff's January 2008 deposition testimony, support removability based on ERISA

18 preemption.

19        2.     Plaintiff's corresponding motion for fees and costs is DENIED.  While the

20 court has concluded that no grounds for removability are present, the court is not

21 convinced that defendants' counsel was objectively unreasonable in seeking to remove the

22 present action.

23 **IT IS SO ORDERED**.

24 Dated: May 21, 2008

25                                                        _____
                                                         PHYLLIS J. HAMILTON
26                                                       United States District Judge

27

28

2

ADRMOP, CLOSED, E-Filing, PRVADR

**U.S. District Court**
**California Northern District (San Francisco)**
**CIVIL DOCKET FOR CASE #: 3:08-cv-00534-PJH**
**Internal Use Only**

Osbelt v. McDonald et al                                      Date Filed: 01/24/2008
Assigned to: Hon. Phyllis J. Hamilton                         Date Terminated: 05/21/2008
Case in other court:  San Mateo County Superior Court, 463528  Jury Demand: Defendant
Cause: 28:1132 E.R.I.S.A.                                     Nature of Suit: 791 Labor: E.R.I.S.A.
                                                              Jurisdiction: Federal Question

**Plaintiff**

**Jennifer Osbelt**                           represented by   **Ara R. Jabagchourian**
                                                              Cotchett Pitre & McCarthy
                                                              San Francisco Airport Office Center
                                                              840 Malcolm Road
                                                              Suite 200
                                                              Burlingame, CA 94010
                                                              650-697-6000
                                                              Fax: 650-697-0577
                                                              Email: ajabagchourian@cpmlegal.com
                                                              *LEAD ATTORNEY*
                                                              *ATTORNEY TO BE NOTICED*

                                                              **Daniel J. Bergeson**
                                                              Bergeson, LLP
                                                              303 Almaden Boulevard, Suite 500
                                                              San Jose, CA 95110-2712
                                                              408-291-6200
                                                              Fax: 408-297-6000
                                                              Email: dbergeson@be-law.com
                                                              *LEAD ATTORNEY*
                                                              *ATTORNEY TO BE NOTICED*

                                                              **Donald P. Gagliardi**
                                                              Bergeson, LLP
                                                              303 Almaden Boulevard, Suite 500
                                                              San Jose, CA 95110-2712
                                                              408-291-6200
                                                              Fax: 408-297-6000
                                                              Email: dgagliardi@be-law.com
                                                              *LEAD ATTORNEY*
                                                              *ATTORNEY TO BE NOTICED*

**Marc G Van Niekerk**
Bergeson LLP
303 Almaden Blvd
Suite 500
San Jose, Ca 95110-2712
408-291-6200
Fax: 408-297-6000
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Sean Eric Ponist**
Cotchett Pitre & McCarthy
San Francisco Airport Office Center
840 Malcolm Road
Suite 200
Burlingame, CA 94010
650-697-6000
Fax: 650-697-0577
Email: sponist@cpmlegal.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

V.

**Defendant**

**David D. McDonald**                    represented by **Cindy Hamilton**
Greenberg Traurig, LLP
1900 University Avenue
5th Floor
East Palo Alto, CA 94303
650-328-8500
Fax: 650-328-8508
Email: hamiltonc@gtlaw.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Karen Rosenthal**
Greenberg Traurig LLP
1900 University Avenue
5th Floor
East Palo Alto, CA 94303
650-328-8500
Fax: 650-328-8508
Email: rosenthalk@gtlaw.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**William J. Goines**
Greenberg Traurig, LLP
1900 University Avenue

5th Floor
East Palo Alto, CA 94303
650-328--8500
Fax: 650-328-8508
Email: goinesw@gtlaw.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Defendant**

| | | |
|---|---|---|
| **Donna K. McDonald** | represented by | **Cindy Hamilton** |

(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Karen Rosenthal**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**William J. Goines**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Counter-claimant**

| | | |
|---|---|---|
| **David D. McDonald** | represented by | **Cindy Hamilton** |

(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Karen Rosenthal**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**William J. Goines**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Counter-claimant**

| | | |
|---|---|---|
| **Donna K. McDonald** | represented by | **Cindy Hamilton** |

(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Karen Rosenthal**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**William J. Goines**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Counter-claimant**

**National Expert Witness Network**        represented by **Cindy Hamilton**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Karen Rosenthal**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**William J. Goines**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Counter-claimant**

**Technology Cle**        represented by **Cindy Hamilton**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Karen Rosenthal**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**William J. Goines**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

V.

**Counter-defendant**

**Jennifer Osbelt**        represented by **Ara R. Jabagchourian**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Daniel J. Bergeson**
(See above for address)
*LEAD ATTORNEY*

*ATTORNEY TO BE NOTICED*

**Donald P. Gagliardi**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Marc G Van Niekerk**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Sean Eric Ponist**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

<u>Counter-defendant</u>

Palo Alto Technical                    represented by  **Ara R. Jabagchourian**
(See above for address)
*ATTORNEY TO BE NOTICED*

| Date Filed | # | Docket Text |
|---|---|---|
| 01/24/2008 | 1 | NOTICE OF REMOVAL /no process from San Mateo County Superior Court. Their case number is 463528. (Filing fee $350 receipt number 34611014933). Filed byDavid D. McDonald, Donna K. McDonald, National Expert Witness Network, Technology Cle. (ga, COURT STAFF) (Filed on 1/24/2008) (ga, COURT STAFF). (Additional attachment(s) added on 4/7/2008: # 1 Exh. 1, # 2 Exh. 2, # 3 Exh. 3, # 4 Exh. 4, # 5 Exh. 5, # 6 Exh. 6, # 7 Exh. 7, # 8 Exh. 8, # 9 Exh. 9, # 10 Exh. 10, # 11 Exh. 11, # 12 Exh. 12, # 13 Exh. 13, # 14 Exh. 14, # 15 Exh. 15, # 16 Exh. 16, # 17 Exh. 17, # 18 Exh. 18, # 19 Exh. 19, # 20 Exh. 20, # 21 Exh. 21, # 22 Exh. 22, # 23 Exh. 23, # 24 Exh. 24, # 25 Exh. 25, # 26 Exh. 26, # 27 Exh. 27, # 28 Exh. 28, # 29 Exh. 29) (far, COURT STAFF). (Entered: 01/28/2008) |
| 01/24/2008 | 2 | Declaration of Cindy Hamilton in Support of 1 Notice of Removal, filed byDavid D. McDonald, Donna K. McDonald, National Expert Witness Network, Technology Cle. (ga, COURT STAFF) (Filed on 1/24/2008) (far, COURT STAFF). (Entered: 01/28/2008) |
| 01/24/2008 | 3 | Certificate of Interested Entities by David D. McDonald, Donna K. McDonald, National Expert Witness Network, Technology Cle re 1 Notice of Removal, (ga, COURT STAFF) (Filed on 1/24/2008) (far, COURT STAFF). (Entered: 01/28/2008) |
| 01/24/2008 | 4 | DISCLOSURE STATEMENT re 1 Notice of Removal, by David D. McDonald, Donna K. McDonald, National Expert Witness Network, Technology Cle. (ga, COURT STAFF) (Filed on 1/24/2008) (far, COURT STAFF). (Entered: 01/28/2008) |
| 01/24/2008 | 5 | ADR SCHEDULING ORDER: Case Management Conference set for 4/30/2008 10:30 AM. Case Management Statement due by 4/23/2008.. Signed by Judge James Larson on 1/24/08. (Attachments: # 1 Judge Standing Order, # 2 Court Standing Order, # 3 Consent/Decline Form)(ga, COURT STAFF) (Filed on 1/24/2008) (Entered: 01/28/2008) |

| 01/24/2008 | | CASE DESIGNATED for Electronic Filing. (ga, COURT STAFF) (Filed on 1/24/2008) (Entered: 01/28/2008) |
|---|---|---|
| 01/28/2008 | 6 | CERTIFICATE OF SERVICE by David D. McDonald, Donna K. McDonald, National Expert Witness Network, Technology Cle re 1 Notice of Removal, 3 Certificate of Interested Entities, 4 Affidavit, 2 Declaration in Support *Initial Case Management Order and ADR Deadlings and Court Handouts re Appointment of Magistrate Judge, ECF Registration and Filing Guidelines* (Goines, William) (Filed on 1/28/2008) (Entered: 01/28/2008) |
| 02/22/2008 | 7 | NOTICE OF MOTION AND MOTION for REMAND to State Court; Memorandum of Points and Authorities in Support Thereof filed by Jennifer Osbelt. Motion Hearing set for 4/9/2008 09:30 AM in Courtroom F, 15th Floor, San Francisco. (Jabagchourian, Ara) (Filed on 2/22/2008) Modified on 4/8/2008 (far, COURT STAFF). (Entered: 02/22/2008) |
| 02/22/2008 | 8 | Declaration in Support of 7 MOTION to Remand *to State Court, Memorandum of Points and Authorities in Support Thereof* filed byJennifer Osbelt. (Related document(s) 7 ) (Jabagchourian, Ara) (Filed on 2/22/2008) (Entered: 02/22/2008) |
| 02/22/2008 | 9 | Proposed Order re 7 MOTION to Remand *to State Court, Memorandum of Points and Authorities in Support Thereof* by Jennifer Osbelt. (Jabagchourian, Ara) (Filed on 2/22/2008) (Entered: 02/22/2008) |
| 02/22/2008 | 10 | NOTICE OF MOTION AND MOTION for Costs and Expenses; Memorandum of Points and Authorities in Support Thereof filed by Jennifer Osbelt. Motion Hearing set for 4/9/2008 09:30 AM in Courtroom F, 15th Floor, San Francisco. (Jabagchourian, Ara) (Filed on 2/22/2008) Modified on 4/8/2008 (far, COURT STAFF). (Entered: 02/22/2008) |
| 02/22/2008 | 11 | Declaration in Support of 10 MOTION for Attorney Fees *Motion for Costs and Expenses; Memorandum of Points and Authorities in Support Thereof* filed byJennifer Osbelt. (Related document(s) 10 ) (Jabagchourian, Ara) (Filed on 2/22/2008) (Entered: 02/22/2008) |
| 02/22/2008 | 12 | Proposed Order re 10 MOTION for Attorney Fees *Motion for Costs and Expenses; Memorandum of Points and Authorities in Support Thereof* by Jennifer Osbelt. (Jabagchourian, Ara) (Filed on 2/22/2008) (Entered: 02/22/2008) |
| 02/22/2008 | | (Court only) ***Attorney Sean Eric Ponist for Jennifer Osbelt added. (far, COURT STAFF) (Filed on 2/22/2008) (Entered: 04/07/2008) |
| 02/26/2008 | 13 | CLERK'S NOTICE Continuing Motion Hearing Motion Hearing set for 4/30/2008 09:30 AM in Courtroom F, 15th Floor, San Francisco. (wh, COURT STAFF) (Filed on 2/26/2008) (Entered: 02/26/2008) |
| 04/02/2008 | 14 | Declination to Proceed Before a U.S. Magistrate Judge by David D. McDonald, Donna K. McDonald, National Expert Witness Network, Technology Cle. (Goines, William) (Filed on 4/2/2008) (Entered: 04/02/2008) |
| 04/03/2008 | 15 | CLERK'S NOTICE of Impending Reassignment to U.S. District Judge (wh, COURT STAFF) (Filed on 4/3/2008) (Entered: 04/03/2008) |
| 04/04/2008 | 16 | ORDER REASSIGNING CASE. Case reassigned to Judge Hon. Phyllis J. Hamilton for all further proceedings. Judge Magistrate Judge James Larson no longer assigned to the case. Signed by Executive Committee on 4/4/08. (mab, COURT STAFF) (Filed on 4/4/2008) (Entered: 04/04/2008) |

| 04/04/2008 | 17 | CASE MANAGEMENT SCHEDULING ORDER: Case Management Conference set for 5/1/2008 02:30 PM.. Signed by Judge Phyllis J. Hamilton on 4/4/08. (fj, COURT STAFF) (Filed on 4/4/2008) (Entered: 04/04/2008) |
| --- | --- | --- |
| 04/04/2008 | | Set/Reset Deadlines: Case Management Statement due by 4/24/2008. (fj, COURT STAFF) (Filed on 4/4/2008) (Entered: 04/04/2008) |
| 04/07/2008 | 18 | AMENDED NOTICE OF MOTION AND MOTION for Remand to State Court re 7 filed by Jennifer Osbelt, Palo Alto Technical. Motion Hearing set for 5/21/2008 09:00 AM in Courtroom 3, 17th Floor, San Francisco. (Jabagchourian, Ara) (Filed on 4/7/2008) Modified on 4/8/2008 (far, COURT STAFF). (Entered: 04/07/2008) |
| 04/07/2008 | 19 | AMENDED NOTICE OF MOTION AND MOTION for Costs and Expenses re 10 ; Memorandum of Points and Authorities in Support Thereof filed by Jennifer Osbelt, Palo Alto Technical. Motion Hearing set for 5/21/2008 09:00 AM in Courtroom 3, 17th Floor, San Francisco. (Jabagchourian, Ara) (Filed on 4/7/2008) Modified on 4/8/2008 (far, COURT STAFF). (Entered: 04/07/2008) |
| 04/07/2008 | | (Court only) ***Motions terminated: 18 Amended Notice of Motion to Remand to State Court filed by Jennifer Osbelt, Palo Alto Technical, 19 Amended Notice of Motion for Attorney Fees Motion for Costs and Expenses; Memorandum of Points and Authorities in Support Thereof filed by Jennifer Osbelt, Palo Alto Technical. (far, COURT STAFF) (Filed on 4/7/2008) (Entered: 04/08/2008) |
| 04/07/2008 | | Set/Reset Deadlines as to 10 MOTION for Attorney Fees Motion for Costs and Expenses; Memorandum of Points and Authorities in Support Thereof, 7 MOTION to Remand to State Court, Memorandum of Points and Authorities in Support Thereof. Motion Hearing set for 5/21/2008 09:00 AM in Courtroom 3, 17th Floor, San Francisco. (far, COURT STAFF) (Filed on 4/7/2008) (Entered: 04/08/2008) |
| 04/10/2008 | 20 | STIPULATION AND PROPOSED ORDER Continuing Case Management Conference re 17 Case Management Scheduling Order by Jennifer Osbelt. (Ponist, Sean) (Filed on 4/10/2008) Modified on 4/10/2008 (far, COURT STAFF). (Entered: 04/10/2008) |
| 04/11/2008 | 21 | STIPULATION AND ORDER CONTINUING CASE MANAGEMENT CONFERENCE re 20 Stipulation filed by Jennifer Osbelt. Signed by Judge Phyllis J. Hamilton on 4/11/08. (nah, COURT STAFF) (Filed on 4/11/2008) (Entered: 04/11/2008) |
| 04/11/2008 | | Set Deadlines/Hearings: Initial Case Management Conference set for 5/22/2008 02:30 PM. Case Management Statement due by 5/15/2008. (nah, COURT STAFF) (Filed on 4/11/2008) (Entered: 04/11/2008) |
| 04/11/2008 | | (Court only) ***Deadlines terminated. (far, COURT STAFF) (Filed on 4/11/2008) (Entered: 04/11/2008) |
| 04/30/2008 | 22 | OPPOSITION to 7 NOTICE OF MOTION AND MOTION for REMAND to State Court filed by David D. McDonald, Donna K. McDonald, National Expert Witness Network, Technology Cle. (Goines, William) (Filed on 4/30/2008) Modified on 4/30/2008 (far, COURT STAFF). (Entered: 04/30/2008) |
| 04/30/2008 | 23 | DECLARATION by Cindy Hamilton in Support of 22 Opposition filed by David D. McDonald, Donna K. McDonald, National Expert Witness Network, Technology Cle. (Goines, William) (Filed on 4/30/2008) Modified on 4/30/2008 (far, COURT STAFF). (Entered: 04/30/2008) |

| 04/30/2008 | 24 | DECLARATION of David McDonald in Support of 22 Opposition filed by David D. McDonald, Donna K. McDonald, National Expert Witness Network, Technology Cle. (Goines, William) (Filed on 4/30/2008) Modified on 4/30/2008 (far, COURT STAFF). (Entered: 04/30/2008) |
| --- | --- | --- |
| 04/30/2008 | 25 | OPPOSITION to 10 NOTICE OF MOTION AND MOTION for Costs and Expenses filed by David D. McDonald, Donna K. McDonald, National Expert Witness Network, Technology Cle. (Goines, William) (Filed on 4/30/2008) Modified on 4/30/2008 (far, COURT STAFF). (Entered: 04/30/2008) |
| 05/07/2008 | 26 | REPLY in Support re 10 NOTICE OF MOTION AND MOTION for Costs and Expenses filed by Jennifer Osbelt. (Attachments: # 1 Declaration of Sean E. Ponist ISO Motion for Remand and Reply ISO Motion for Costs and Expenses)(Ponist, Sean) (Filed on 5/7/2008) Modified on 5/8/2008 (far, COURT STAFF). (Entered: 05/07/2008) |
| 05/07/2008 | 27 | **ERRONEOUSLY E-FILED, DUPLICATE OF DOC 26** REPLY in Support re 10 Motion for Costs and Expenses filed by Jennifer Osbelt. (Attachments: # 1 Declaration of Sean E. Ponist ISO Plaintiffs Reply ISO Motion for Remand to State Court)(Ponist, Sean) (Filed on 5/7/2008) Modified on 5/8/2008 (far, COURT STAFF) (Entered: 05/07/2008) |
| 05/07/2008 | 28 | REPLY in Support re 7 NOTICE OF MOTION AND MOTION for REMAND to State Court filed by Jennifer Osbelt. (Attachments: # 1 Decl. of Sean Ponist ISO of Reply ISO Motion for Remand)(Ponist, Sean) (Filed on 5/7/2008) Modified on 5/8/2008 (far, COURT STAFF). (Entered: 05/07/2008) |
| 05/09/2008 | 29 | ADR Clerks Notice re: Non-Compliance with Court Order. (tjs, COURT STAFF) (Filed on 5/9/2008) (Entered: 05/09/2008) |
| 05/12/2008 | 30 | JOINT CASE MANAGEMENT STATEMENT filed by David D. McDonald, Donna K. McDonald, National Expert Witness Network, Technology Cle. (Goines, William) (Filed on 5/12/2008) (Entered: 05/12/2008) |
| 05/13/2008 | 31 | STIPULATION and Proposed Order selecting Early Neutral Evaluation by Jennifer Osbelt (Ponist, Sean) (Filed on 5/13/2008) (Entered: 05/13/2008) |
| 05/13/2008 | 32 | ADR Certification (ADR L.R. 3-5b) of discussion of ADR options (Ponist, Sean) (Filed on 5/13/2008) (Entered: 05/13/2008) |
| 05/13/2008 | 33 | Certificate of Interested Entities by Jennifer Osbelt (Ponist, Sean) (Filed on 5/13/2008) (Entered: 05/13/2008) |
| 05/14/2008 | 34 | ADR Certification (ADR L.R. 3-5b) of discussion of ADR options (Goines, William) (Filed on 5/14/2008) (Entered: 05/14/2008) |
| 05/16/2008 | 35 | STIPULATION AND ORDER SELECTING ADR PROCESS re 31 Stipulation and Proposed Order selecting Early Neutral Evaluation filed by Jennifer Osbelt. Signed by Judge Phyllis J. Hamilton on 5/16/08. (nah, COURT STAFF) (Filed on 5/16/2008) (Entered: 05/16/2008) |
| 05/16/2008 |  | CASE REFERRED to Private ADR. (nah, COURT STAFF) (Filed on 5/16/2008) (Entered: 05/16/2008) |
| 05/21/2008 | 36 | Minute Entry: Motion Hearing held on 5/21/2008 before Phyllis J. Hamilton re 10 NOTICE |

| | | |
|---|---|---|
| | | OF MOTION AND MOTION for Costs and Expenses filed by Jennifer Osbelt, 7 NOTICE OF MOTION AND MOTION for REMAND to State Court filed by Jennifer Osbelt. (Court Reporter Sahar McVickar (415) 626-6060) (nah, COURT STAFF) (Date Filed: 5/21/2008) Modified on 5/21/2008 (far, COURT STAFF). (Entered: 05/21/2008) |
| 05/21/2008 | | (Court only) ***Deadlines terminated. (nah, COURT STAFF) (Filed on 5/21/2008) (Entered: 05/21/2008) |
| 05/21/2008 | 37 | ORDER by Judge Hamilton Granting 7 Motion to Remand and Denying 10 Fees and Costs (pjhlc2, COURT STAFF) (Filed on 5/21/2008) (Entered: 05/21/2008) |
| 05/21/2008 | | (Court only) ***Civil Case Terminated. (far, COURT STAFF) (Filed on 5/21/2008) (Entered: 05/28/2008) |