LAW OFFICES
## COTCHETT, PITRE & MCCARTHY
SAN FRANCISCO AIRPORT OFFICE CENTER
840 MALCOLM ROAD
BURLINGAME, CALIFORNIA 94010
TELEPHONE (650) 697-6000
FAX (650) 697-0577

LOS ANGELES OFFICE
9454 WILSHIRE BOULEVARD, SUITE 907
BEVERLY HILLS, CA 90212
(310) 247-9247
OF COUNSEL
ROBERT B. HUTCHINSON

WASHINGTON, D.C. OFFICE
1364 BEVERLY ROAD, SUITE 201
McLEAN, VA 22101
(703) 893-9600
OF COUNSEL
MARK P. FRIEDLANDER, JR.

NEW YORK OFFICE
100 PARK AVENUE, SUITE 2600
NEW YORK, NY 10017
(212) 682-3198

July 25, 2008

**FILED**
JUL 28 2008
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT,
NORTHERN DISTRICT OF CALIFORNIA

**VIA MAIL**
United States District Court Clerk
Northern District of California
450 Golden Gate Avenue, 16th Flr
San Francisco, CA 94102

Re:  *Osbelt v. McDonald, et al.*
     *USDC No. CV 08-0534 PJH*

Dear Clerk of the Court:

This letter is associated with a remand hearing and order granting such that was held before the Honorable Phyllis J. Hamilton on May 21, 2008 in Courtroom 3, Case No. CC 08-0534. After oral argument on the issue, Judge Hamilton remanded the entire case back to the Superior Court of California, County of San Mateo.

I have been in touch with the Clerk's office for the Superior Court of California, County of San Mateo about the above referenced case for the past two months. They have indicated to me that they have not received Judge Hamilton's remand order and are therefore unable to reopen the case.

I respectfully request that the Clerk of the United Stated District Court of the Northern District reissue the remand order to San Mateo Superior Court as it appears that the order may have gotten lost or misplaced. If there is anything I can do to facilitate this, please contact me. Thank you for your attention to this matter.

Sincerely,

ARA JABAGCHOURIAN

cc: William J. Goines



LAW OFFICES
COTCHETT, PITRE & McCARTHY
SAN FRANCISCO AIRPORT OFFICE CENTER
840 MALCOLM ROAD
BURLINGAME, CALIFORNIA 94010

United States District Court Clerk
Northern District of California
450 Golden Gate Avenue, 16th Floor
San Francisco, CA 94102