**UNITED STATES DISTRICT COURT**
**Northern District of California**
**450 Golden Gate Avenue**
**San Francisco, California 94102**

www.cand.uscourts.gov

Richard W. Wieking
Clerk

General Court Number
415.522.2000

August 1, 2008

San Mateo County Superior Court
400 County Center
Redwood City, CA 94063

RE:  CV 08-00534 PJH    JENNIFER OSBELT-v-DAVID D. MCDONALD
        Your Case Number: (463528)

Dear Clerk,

　　　Pursuant to an order remanding the above captioned case to your court, transmitted herewith are:

　　　　　(x)　Certified copies of docket entries

　　　　　(x)　Certified copies of Remand Order

　　　　　( )　Other

　　　Please acknowledge receipt of the above documents on the attached copy of this letter.

　　　　　　　　　　Sincerely,

　　　　　　　　　　RICHARD W. WIEKING, Clerk

　　　　　　　　　　by:  Alfred Amistoso
　　　　　　　　　　Case Systems Administrator

Enclosures
Copies to counsel of record

NDC TR-5  Rev. 7/92
o:\mrg\civil\remand.mrg