RECEIVED
AUG 11 2008
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

UNITED STATES DISTRICT COURT
Northern District of California
450 Golden Gate Avenue
San Francisco, California 94102

www.cand.uscourts.gov

Richard W. Wieking
Clerk

RECEIVED
AUG 08 2009
CLERK OF THE SUPERIOR COURT
SAN MATEO COUNTY

General Court Number
415.522.2000

August 1, 2008

San Mateo County Superior Court
400 County Center
Redwood City, CA 94063

RE: CV 08-00534 PJH   JENNIFER OSBELT-v-DAVID D. MCDONALD
    Your Case Number: (463528)

Dear Clerk,

Pursuant to an order remanding the above captioned case to your court, transmitted herewith are:

    (x)    Certified copies of docket entries

    (x)    Certified copies of Remand Order

    ( )    Other

Please acknowledge receipt of the above documents on the attached copy of this letter.

Sincerely,

RICHARD W. WIEKING, Clerk

*Alfred Amistoso*

by: Alfred Amistoso
Case Systems Administrator

Enclosures
Copies to counsel of record

NDC TR-5 Rev. 7/92
o:\mrg\civil\remand.mrg